AFFIDAVIT OF SERVICE

| Case:<br>19CV9681 | Court:<br>United States District Court for the Southern District of<br>New York | County:<br>New York, NY | Job:<br>4091429 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Ronald A. Bergrin | | **Defendant / Respondent:**<br>United States of America. et al. | |
| **Received by:**<br>District Legal Services, LLC | | **For:**<br>Ronald A. Bergrin | |
| **To be served upon:**<br>United States of America U.S. Department of Justice | | | |

I, Timothy Fonseca, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Gail Allen for the United States of America U.S. Department of Justice, United States Department of Justice: 950 Pennsylvania Avenue NW, Washington, DC 20530

**Manner of Service:** Government Agency, Dec 18, 2019, 1:12 pm EST

**Documents:**

**Additional Comments:**
1) Successful Attempt: Dec 18, 2019, 1:12 pm EST at United States Department of Justice: 950 Pennsylvania Avenue NW, Washington, DC 20530 received by Gail Allen for the United States of America U.S. Department of Justice. Age: 50; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'1"; Hair: Black; Eyes: Brown; Relationship: Authorized;

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____  12/18/2019
Timothy Fonseca                Date

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is
personally known to me.



_____
Notary Public          FRANCO A. PONCE DE LEON
                       NOTARY PUBLIC DISTRICT OF COLUMBIA
12/18/2019             My Commission Expires November 14, 2023
_____
Date              Commission Expires

