b

# AFFIDAVIT OF SERVICE

| Case: 19CV9681 | Court: U.S. District Court for the Southern District of New York | County: | Job: 4083023 (19CV9681) |
|---|---|---|---|
| Plaintiff / Petitioner: Ronald Bergrin | | Defendant / Respondent: United States of America, et. al. | |
| Received by: TN-Process Servers, Inc. | | For: Ronald A. Bergrin | |
| To be served upon: CoreCivic, Inc., Damon Hininger (CEO), Steven Grooms (former General Counsel) | | | |

I, Victor Hollingsworth, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CoreCivic, Inc., Damon Hininger (CEO), Steven Grooms (former General Counsel), CoreCivic, Inc.: 5501 Virginia Way Suite 110 Brentwood, TN 37027

**Manner of Service:** Personal/Individual, Dec 13, 2019, 12:01 pm CST

**Documents:** Summons and Complaint

**Additional Comments:**

1) Successful Attempt: Dec 13, 2019, 12:01 pm CST at CoreCivic, Inc.: 5501 Virginia Way Suite 110, Brentwood, TN 37027 received by CoreCivic, Inc., Damon Hininger (CEO), Steven Grooms (former General Counsel).
Served CoreCivic, Inc., representative Chase McClendon at the CoreCivic offices in Brentwood, TN. Served papers on CoreCivic, Inc.; Damon Hininger; and Steven Grooms.

Victor Hollingsworth    1/13/2019
Date

TN-Process Servers, Inc.
P.O. Box 218530
Nashville, TN 37221
678-613-1822

