UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: RONALD A. BERGRIN, PRO-SE

| | |
|---|---|
| RONALD A. BERGRIN | |
| Plaintiff(s) | Index # 19 CV 9681 (BRODERICK) |
| - against - | |
| UNITED STATES OF AMERICA, ETAL | Purchased October 21, 2019 File # 100(CK) |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 26, 2019 at 01:50 PM at

C/O CT. CORP.
28 LIBERTY ST., 42ND FL
NEW YORK, NY10005

deponent served the within SUMMONS & FIRST AMENDED VERIFIED COMPLAINT WITH EXHIBITS on CORECIVIC, INC. therein named,

CORPORATION  a DOMESTIC corporation by delivering thereat a true copy of each to JIANCARLOS DEGRACIA, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & FIRST AMENDED VERIFIED COMPLAINT WITH EXHIBITS as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | TAN | BROWN | 30 | 5'9 | 185 |

BEARD & MOUSTACHE

BY SERVING SAME ON IT'S AUTHORIZED AGENT

USSC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-20

Sworn to me on: December 27, 2019

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **CHRISTOPHER J. KLEIN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 736208 |
| Qualified In New York County | Qualified in Queens County | Qualified In Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11,2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045