UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: RONALD A. BERGRIN, PRO-SE

RONALD A. BERGRIN

                Plaintiff(s)

- against -

UNITED STATES OF AMERICA, ETAL

                Defendant(s)

Index # 19 CV 9681 (BRODERICK)

Purchased October 21, 2019
File # 100(CK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 26, 2019 at 02:45 PM at

ATTN: CHIEF, CIVIL RIGHTS UNIT
86 CHAMBERS STREET, 3RD FL
NEW YORK, NY 10007

deponent served the within SUMMONS & FIRST AMENDED VERIFIED COMPLAINT WITH EXHIBITS on UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK therein named.

        BY LEAVING A TRUE COPY WITH DERICK MAYERS, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

        Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | BLACK | BROWN | 50 | 6' | 200 |

Sworn to me on: December 27, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11,2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 736207

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045