## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 19CV9681 | United States District Court for the Southern District of New York | New York, NY | 4091416 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Ronald A. Bergrin | United States of America, et al. |

| Received by: | For: |
|---|---|
| District Legal Services, LLC | Ronald A. Bergrin |

| To be served upon: |
|---|
| United States Department of Justice |

I, Timothy Fonseca, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Gail Allen for the United States Department of Justice, United States Department of Justice: 950 Pennsylvania Avenue NW, Washington, DC 20530

**Manner of Service:** Government Agency, Dec 18, 2019, 1:16 pm EST

**Documents:**

**Additional Comments:**
1) Successful Attempt: Dec 18, 2019, 1:16 pm EST at United States Department of Justice: 950 Pennsylvania Avenue NW, Washington, DC 20530 received by Gail Allen for the United States Department of Justice. Age: 50; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'1"; Hair: Black; Eyes: Brown; Relationship: Authorized;

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Timothy Fonseca                Date 12/18/2019

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public

12/18/2019
Date

Commission Expires

FRANCO A. PONCE DE LEON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-20

