## AFFIDAVIT OF SERVICE

| Case: 19CV9681 | Court: United States District Court for the Southern District of New York | County: New York, NY | Job: 4091351 |
|---|---|---|---|
| Plaintiff / Petitioner: Ronald A. Bergrin | | Defendant / Respondent: United States of America. et al. | |
| Received by: District Legal Services, LLC | | For: Ronald A. Bergrin | |
| To be served upon: Federal Bureau of Prisons | | | |

I, Amanda Doane Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Nihar Vora for Federal Bureau of Prisons, Federal Bureau of Prisons: 320 1st Street NW, Washington, DC 20534
**Manner of Service:** Government Agency, Dec 27, 2019, 9:24 am EST
**Documents:**

**Additional Comments:**
1) Successful Attempt: Dec 27, 2019, 9:24 am EST at Federal Bureau of Prisons: 320 1st Street NW, Washington, DC 20534 received by Nihar Vora for Federal Bureau of Prisons. Age: 45; Ethnicity: Middle Eastern; Gender: Male; Weight: 160; Height: 5'9"; Hair: Black; Eyes: Brown; Relationship: Authorized;

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   12/30/2019
Amanda Doane Johnson          Date

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

12/30/2019
Date          Commission Expires

**FRANCO A. PONCE DE LEON**
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023

