## AFFIDAVIT OF SERVICE

| Case:<br>19CV9681 | Court:<br>United States District Court for the Southern District of New York | County:<br>New York, NY | Job:<br>4091340 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Ronald A. Bergrin | | Defendant / Respondent:<br>United States of America. et al. | |
| Received by:<br>District Legal Services, LLC | | For:<br>Ronald A. Bergrin | |
| To be served upon:<br>Federal Bureau of Investigations | | | |

I, Amanda Doane Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Steven Parker for Federal Bureau of Investigations, Federal Bureau of Investigations; 935 Pennsylvania Avenue NW, Washington, DC 20535

**Manner of Service:** Government Agency, Dec 27, 2019, 8:54 am EST

**Documents:**

**Additional Comments:**
1) Successful Attempt: Dec 27, 2019, 8:54 am EST at Federal Bureau of Investigations: 935 Pennsylvania Avenue NW, Washington, DC 20535 received by Steven Parker for Federal Bureau of Investigations. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'7"; Hair: Gray; Eyes: Blue; Relationship: Authorized;
Steven Parker is accepting on behalf of the FBI and FBI defendants only in there official capacity.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   12/30/2019
Amanda Doane Johnson         Date

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
12/30/2019
Date            Commission Expires

FRANCO A. PONCE DE LEON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-20



Case 1:19-cv-09681-VSB   Document 26   Filed 01/06/20   Page 2 of 2



**PRIORITY® MAIL**

UNITED STATES POSTAL SERVICE

Visit us at usps.com

Label 106, January 2008

U.S. POSTAGE PAID
PM 3-Day
BOYNTON BEACH, FL
33437
DEC 30. 19
AMOUNT
$0.20
R2304E106267-11

10007

Mr. Ronald A. Bergrin
218 West 72nd Street
Suite 3RE
New York, NY 10023

RECEIVED
JAN - 6 2020
PRO SE OFFICE

USM 40L SDNY

## Clerk of the Court
## United States District Court
## Southern District of New York
## Pro Se Intake Unit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square, Room 105
## New York, New York 10007



EXPECTED DELIVERY DAY:   01/04/20

USPS TRACKING® NUMBER

9505 5161 6907 9364 7384 93