

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Timothy J. Bojanowski
480.420.1604
tbojanowski@strucklove.com

January 21, 2020

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 1/22/2020

The requesting Defendants have until February 27, 2020, to Answer or otherwise respond to the Complaint.

By ECF
The Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

RE:   **Bergrin v. United States of America, et al., 19-cv-9681-VSB**

Dear Judge Broderick:

This Office represents Defendants CoreCivic, Inc., Damon Hininger, Steven Groom, Northeast Ohio Correctional Center, Laura Bedard, Dana Hivner, Jason Rupeka, Steven Senich, Renee Sferra, Kurt Kampfer, Deborah Johnson, and Arlene Glass in the above-referenced matter. Plaintiff Ronald A. Bergrin brings this *Bivens* action alleging that Defendants failed to intervene in his unlawful arrest, used excessive force, engaged in a false arrest, engaged in a malicious prosecution, engaged in negligent hiring and retention of staff, were deliberately indifferent to his severe medical conditions, engaged in a conspiracy with other governmental defendants, intentionally inflicted emotional distress, breached fiduciary duties owed to Plaintiff, and engaged in cruel and unusual punishment.  Defendants herein are residents of Ohio and Tennessee and were recently served with Plaintiff's Complaint and Amended Complaint.  Defendants' answer to the Amended Complaint is due on January 28, 2020.  Given the length and breadth of Plaintiff's pleading, Defendants request additional time in which to answer or otherwise plead.

There have been no previous requests for an extension and no consent has been obtained from Plaintiff.  Defendants move for this extension of time in order to avoid default.  Defendants do not believe this extension will impact any other scheduled dates in this case.  The request is not made for purposes of delay.

Respectfully Submitted,

By:   /s/Timothy J. Bojanowski
       Timothy J. Bojanowski
       P:  480-420-1600
       tbojanowski@strucklove.com

cc (by ECF):Ronald A. Bergrin (rbergrin@aol.com)
          Zachary Bannon (zachary.bannon@usdoj.gov)