## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 19-CV-9681

Date Filed: 10/21/2019

Plaintiff:
**RONALD A BERGIN**

vs.

Defendant:
**UNITED STATES OF AMERICA ET AL**

For:
PRO-SE

Received by Metro Process Servers of NY, Inc. to be served on **JUDGE ROBERT R. REED, SUPREME COURT STATE OF NEW YORK, 60 CENTRE STREET, NEW YORK, NY 10007.**

I, Sophocles Tsouros, being duly sworn, depose and say that on the **7th day of January, 2020 at 11:05 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Derrick Mayers as Docketing Clerk for JUDGE ROBERT R. REED**, at the address of: **86 CHAMBERS STREET, 3RD FLOOR, NEW YORK, NY 10007**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/7/2020 10:42 am Attempted service at SUPREME COURT STATE OF NEW YORK, 60 CENTRE STREET, NEW YORK, NY 10007, will not accept here must go to state attorney generals office.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 195, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.



DATE FILED: 1-22-20

Subscribed and Sworn to before me on the 7th day of January, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC
THEODORE KOLOKOURIS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01KO4874085
Qualified In Queens County
My Commision Expires 10-20-2022

**Sophocles Tsouros**
2050879-DCA

**Metro Process Servers of NY, Inc.**
29-17A 23rd Ave.
Astoria, NY 11105
(718) 440-3144

Our Job Serial Number: MRO-2020000014

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

