## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 19-CV-9681

Date Filed: 10/21/2019

Plaintiff:
**RONALD A BERGIN**

vs.

Defendant:
**UNITED STATES OF AMERICA ET AL**

For:
PRO-SE

Received by Metro Process Servers of NY, Inc. to be served on **CORECIVIC, INC C/O CT CORPORATION SYSTEM, 28 LIBERTY STREET, NEW YORK, NY 10005.**

I, Sophocles Tsouros, being duly sworn, depose and say that on the **7th day of January, 2020** at **9:48 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT** with the date and hour of service endorsed thereon by me, to: **John Carlos as Authorized To Accept** for **CORECIVIC, INC C/O CT CORPORATION SYSTEM**, at the address of: **28 LIBERTY STREET, NEW YORK, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 170, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.



Subscribed and Sworn to before me on the 7th day of January, 2020 by the affiant who is personally known to me.

_____

NOTARY PUBLIC
THEODORE KOLOKOURIS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01KO4874085
Qualified In Queens County
My Commision Expires 10-20-2022

**Sophocles Tsouros**
2050879-DCA

**Metro Process Servers of NY, Inc.**
**29-17A 23rd Ave.**
**Astoria, NY 11105**
**(718) 440-3144**

Our Job Serial Number: MRO-2020000013

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

