**Office of the Sheriff**
Clarence F. Birkhead, Sheriff

**AFFIDAVIT OF SERVICE**

STATE OF NORTH CAROLINA
COUNTY OF DURHAM

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

Ronald Bergrin
PLAINTIFF

FILE NUMBER: 19 CV 9681

-VS-

United States of America, et al
DEFENDANT

DATE OF SERVICE: 1-13-2020

1.  I, Deputy T.A. Kelly 519 , BEING DULY SWORN DO SAY THAT I AM OVER THE AGE OF 18, AM NOT A PARTY TO THIS LITIGATION, NOR UNDER ANY OTHER LEGAL DISABILITY WHICH WOULD PROHIBIT ME FROM MAKING THIS AFFIDAVIT IN ACCORDANCE WITH LAW BASED ON INFORMATION KNOWN TO ME AND BASED ON THE RECORDS OF MY OFFICE.

2.  THAT ON _____,
    I RECEIVED _____
    ON _____

3.  ALL PERSONS TO WHOM THESE PRESENTS MAY COME MAY RELY UPON THE ATTACHED RETURN AS AN ORIGINAL.

☐ LEAVING COPY WITH DEFENDANT PERSONALLY.

☐ BY LEAVING A COPY AT THE DWELLING HOUSE OR USUAL PLACE OF ABODE OF THE DEFENDANT NAMED ABOVE WITH A PERSON OF SUITABLE AGE AND DESCRIPTION THEN RESIDING THEREIN.

_____
NAME AND ADDRESS OF PERSON WITH WHO COPIES WERE LEFT

☐ BY POSTING THE PAPER AT THE FOLLOWING ADDRESS:

☒ SERVING THE CORPORATION    paper work given to Jennifer Carroll, Human Resource Manager assistant
Warden J.C. Holland   old NC Hwy 75 Medium 1
CORPORATION NAME

☐ DEFENDANT WAS NOT SERVED FOR THE FOLLOWING REASONS:
_____

THIS THE 13 DAY OF January, 2020.
SWORN TO AND SUBSCRIBED BEFORE ME,
THIS THE 13 DAY OF January, 2020.

Susann Allen Broyal
SIGNED

Susann Allen Broyal
PRINTED NAME

NOTARY PUBLIC
MY COMMISSION EXPIRES: 12/30/2020

1-13-2020   10:00AM
DATE/TIME SERVED

1-14-2020
DATE RETURNED

Kelly 519
AFFIANT-DEPUTY SHERIFF

Civil Division | 510 South Dillard Street | P.O. Box 1799 | Durham, North Carolina 27702
(919) 560-0901 | Fax (919) 560-0991 | www.dconc.gov
Equal Employment/Affirmative Action Employer

Rev. 04/2013