

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

*86 Chambers Street*
*New York, NY 10007*

January 30, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 2/4/2020

Re:   *Bergrin v. United States of America, et al.*, No. 19 Civ. 9681 (VSB)

Dear Judge Broderick:

This Office represents the United States of America and each of its named-defendant agencies (the "Organizational Federal Defendants") in connection with the above-referenced action brought by *pro se* Plaintiff Ronald Bergrin.  I write respectfully to request an extension of time for all defendants that have been served to answer or move until May 15, 2020, so that this Office can process the voluminous complaint and seek necessary representation authority over twenty-two individually named defendants (the "Individual Federal Defendants," and with the Organizational Federal Defendants, the "Federal Defendants") who may be entitled to representation by the Department of Justice.  I reached out to Plaintiff to seek his consent to this request, but received no response.

Current or former federal employees may be entitled to representation by the Department of Justice for claims brought against them in their individual capacity.  28 C.F.R. § 50.15(a) provides that "a federal employee . . . may be provided representation in civil . . . proceedings in which he is sued, subpoenaed, or charged in his individual capacity, . . . when the actions for which representation is requested reasonably appear to have been performed within the scope of the employee's employment and the Attorney General or his designee determines that providing representation would otherwise be in the interest of the United States."

Plaintiff named twenty-two individuals as defendants in this lawsuit who are arguably entitled to representation from the Department of Justice.  Numerous agencies—including the Department of Justice, the Federal Bureau of Investigations, the Federal Bureau of Prisons, the Office of Inspector General, the United States Marshals Service, the United States Attorney's Office for the Northern District of Ohio, and the Administrative Office of the United States Courts—are in the process of preparing representation requests for the Individual Federal Defendants.  As such, this Office does not currently represent the Individual Federal Defendants as to the claims asserted against them in their individual capacities, but expects to do so if their

requests for representation are approved.  Because this Office does not yet represent the Individual Defendants, this Office takes no position on whether service was sufficient or triggered a potential response date for them.[1]

In addition to seeking representation authority, this Office is in the process of reviewing Plaintiff's 32 causes of action, 135-page complaint, and several hundred pages of exhibits.  Once the Individual Federal Defendants' representation requests have been processed, this Office will undertake to discuss these materials with each defendant in order to develop a litigation strategy and formulate a response to the Amended Complaint.

Plaintiff's affidavits of service reflect that he attempted to effectuate service on the Federal Defendants between December 17, 2019, *see* Dkt. No. 15, and January 17, 2020, *see* Dkt. No. 56.  Assuming without conceding that these service attempts were properly carried out, these defendants' current deadlines to respond range from February 14, 2020 to March 17, 2020. Fed. R. Civ. P. 12(a).  Given the sometimes-lengthy process for obtaining representation authority and in the interest of efficiency, judicial economy, and case management, I respectfully request that the Federal Defendants' deadline to respond to the Amended Complaint be extended by two months from the deadline of the last-served defendant, or until May 15, 2020.  In the interest of efficient case management, I request that the remaining defendants' time to answer be extended to the same date.  The non-federal defendants consent to this request.  This is the Federal Defendants' first request for an extension.  Plaintiff has not responded to requests for his consent.

Finally, I note that, if and when this Office receives representation authority over the Individual Federal Defendants, we anticipate filing a motion to dismiss Plaintiff's Amended Complaint arguing, *inter alia*: (1) ineffective service of process at least as to some defendants; (2) absolute judicial immunity; (3) prosecutorial immunity; (4) failure to state a claim; and (5) failure to identify a viable cause of action.

I thank the Court for its consideration of this request.

---

[1] Plaintiff never filed affidavits of service relating to many defendants.  Specifically, an affidavit of service was never filed relating to service of James Comey, Aaron Ford, Steven Cline, Paul Fishman, the Department of Justice Office of the Inspector General, Peter Elliot, George Schmedlen, Judge Damon Keith, Judge Eric Clay, Judge Deborah Cook, Judge Bernice Donald, Judge Ronald Lee Gilman, Judge Karen Nelson Moore, Judge Richard Griffin, Judge Richard Suhrhenrich, Judge Jane Stranch, and Judge Solomon Oliver, Jr.  Plaintiff appears to concede that these defendants were never served and never will be.  *See* Dkt. No. 50 ("There will not be any additional service of any additional Defendants that are named in the Complaint . . . .").  This Office does not yet represent any of the above-listed defendants and therefore cannot act on their behalf.  However, this Office notes that, under Federal Rule of Civil Procedure 4(m), "the court . . . on its own after notice to the plaintiff[,] must dismiss the action without prejudice against th[ese] defendant or order that service be made within a specified time" because Plaintiff did not serve these defendants within ninety days of filing his complaint.

Page 3 of 3

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   */s/ Zachary Bannon*
       ZACHARY BANNON
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-2728
       Email: Zachary.Bannon@usdoj.gov