

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

April 29, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 5/8/2020

Re:     *Bergrin v. United States of America, et al.*, No. 19 Civ. 9681 (VSB)

Dear Judge Broderick:

In this action brought by *pro se* plaintiff Ronald Bergrin against 53 defendants, this Office represents defendant the United States of America and each of its named-defendant agencies (the "Organizational Federal Defendants"), and many but not all individual defendants who are or were employed by those agencies (the "Individual Federal Defendants" and with the Organizational Federal Defendants, the "Federal Defendants"). I write respectfully to request an extension of time for all defendants that have been served to answer or move, from May 15, 2020, until June 15, 2020. This request is necessary to allow completion of the process by which eligible employees may obtain Justice Department representation (likely here by this Office), and so that this Office can consult appropriately with each Federal Defendant we represent before filing an anticipated motion to dismiss.

Plaintiff named twenty-two individuals as defendants in this lawsuit who are arguably entitled to representation by the Department of Justice. To date, this Office has been authorized to represent nineteen of these individuals. This Office is in the process of determining whether the remaining Individual Federal Defendants intend to seek federal representation. In addition, this Office has been interviewing several Individual Federal Defendants in order to better understand and respond to the allegations in Plaintiff's complaint. This Office does not anticipate completing these tasks in time for us to file our response to the complaint on May 15.

In addition, this Office has reviewed Plaintiff's 32 causes of action, 135-page complaint, and several hundred pages of exhibits and is in the process of preparing a potentially dispositive motion to dismiss. However, given the voluminous nature of Plaintiff's submission, this Office anticipates that its motion to dismiss will be correspondingly lengthy. Because representatives from seven different Organizational Federal Defendants and each of nineteen-or-more Individual Federal Defendant represented by this Office must review the motion before its filing, this Office needs additional time to complete it.

Case 1:19-cv-09681-VSB Document 66 Filed 05/08/20 Page 2 of 2
Case 1:19-cv-09681-VSB Document 65 Filed 04/29/20 Page 2 of 2

Page 2 of 2

Accordingly, I request that all Federal Defendants' deadline to answer or otherwise respond to the complaint be extended from May 15, 2020 to June 15, 2020. In the interest of efficient case management, I request that the remaining defendants' time to answer be extended to the same date. The non-federal defendants consent to this request. This is the Federal Defendants' second request for an extension. Their first request was granted. *See* Dkt. No. 41. Plaintiff has not been consulted regarding his consent to this request.

I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: */s/ Zachary Bannon*
ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2728
Email: Zachary.Bannon@usdoj.gov