

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

June 1, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

The Moving Federal Defendants' motion to file two separate motions to dismiss is Granted. The Moving Federal Defendants' are directed to file the "categorical" motion to dismiss within the standard page limit. The page limit on the first motion to dismiss is increased to 50 pages, and a decision on the page limits on the second motion will be held in abeyance.

SO ORDERED:

HON. VERNON S. BRODERICK  6/4/2020
UNITED STATES DISTRICT JUDGE

Re:     *Bergrin v. United States of America, et al.*, No. 19 Civ. 9681 (VSB)

Dear Judge Broderick:

This Office represents twenty-seven defendants[1] (together, the "Moving Federal Defendants") in connection with the above-referenced action brought by *pro se* Plaintiff Ronald Bergrin. The Moving Federal Defendants respectfully request approval for two related requests to manageably present dispositive threshold issues in the case, in which the Amended Complaint spans more than five-hundred paragraphs and raises thirty-two claims. First, we respectfully request an increase of the page limitation applicable to the Moving Federal Defendants' forthcoming memorandum of law on their motion to dismiss, from twenty-five to fifty pages. Second, the Moving Federal Defendants respectfully request leave to file an initial motion to dismiss limited to a number of categorical grounds, while reserving the right to file a more detailed defendant-by-defendant, claim-by-claim motion that will address the adequacy of specific factual pleadings only to the extent necessary after the initial motion is decided. The contemplated initial motion, if granted, would resolve the case in its entirety, and we believe that, at a minimum, the motion is extremely likely to eliminate significant numbers of claims and defendants. This bifurcated approach will greatly promote judicial efficiency and comport with the direction of Fed.

---

[1] Specifically, this Office represents nineteen individual defendants—James Comey (former director of the FBI), Aaron Ford (former regional director of the FBI), Shawn Brokos (former FBI agent), Steven Cline (former IRS agent), Paul Fishman (former United States Attorney), Peter Elliott (former United States Marshal), J.C. Holland (former warden of the Federal Medical Center in North Carolina), Steven Dettlebach (United States Attorney),  Brian McDonough (Assistant United States Attorney), Matthew Shepherd (Assistant United States Attorney), R. Guy Cole, Eric L. Clay, Damon J. Keith, Deborah H. Cook, Bernice B. Donald, Ronald Lee Gilman, Karen Nelson Moore, Jane B. Stranch, and Richard F. Suhreinrich (Judges of the Court of Appeals for the Sixth Circuit)—in addition to the United States of America and seven of its agencies—the Department of Justice, Federal Bureau of Investigations, Office of the Inspector General, Office of the Attorney General, United States Marshal Service, Federal Bureau of Prisons, and the Office of the United States Attorney.

Case 1:19-cv-09681-VSB   Document 68   Filed 06/01/20   Page 2 of 2

Page 2 of 2

R. Civ. P. 1 that the rules are to be applied to promote the "just, speedy, and inexpensive determination of every action and proceeding."

By way of example of grounds we contemplate including in an initial motion, the Moving Federal Defendants intend to raise categorical defenses applicable to specific defendants (e.g., insufficient service of process, lack of personal jurisdiction, absolute judicial immunity) and to specific claims (e.g., lack of *Bivens* remedy, failure to allege personal involvement, immunity granted by the Federal Tort Claims Act). We anticipate that we will also argue that the Amended Complaint should be dismissed as factually frivolous. By contrast, in the interest of efficiency, the Moving Federal Defendants' initial memorandum of law will not present fact-specific defenses applicable to each of the twenty-seven Moving Federal Defendants as against each of Plaintiff's thirty-two claims. Briefing and judicial consideration of these detailed issues may never be necessary, and would be extremely labor-intensive.

I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:     */s/ Zachary Bannon*
ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2728
Email: Zachary.Bannon@usdoj.gov