## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RONALD A. BERGRIN,

      Plaintiff,

      v.

UNITED STATES OF AMERICA, et al,

      Defendants.

Civil Action No. 1:19-cv-09681-VSB

## MOTION FOR WAIVER OF ELECTRONIC PUBLIC ACCESS FEES UNTIL THE ABOVE REFERENCED CASE IS CONCLUDED

Dear Judge Broderick:

I once again remind Your Honor that I am the Plaintiff and the Victim in the above civil action, and the Defendants, which include several members of the Judiciary in the Sixth Circuit and one member of the Judiciary in the Supreme Court of the State of New York, and numerous members of the United States Department of Justice, and several members of CoreCivic, Inc. and members of the Northeast Ohio Correctional Center, are the Perpetrators in the herein case.

Plaintiff is requesting that Plaintiff be exempted from being charged by PACER for receiving electronic filings in the herein case, until the conclusion of the case. Plaintiff is currently located in Florida due to numerous reasons, including, but not limited to: Health reasons, Plaintiff is unable to spend time in New York City at this time due to the coronavirus, and Plaintiff is 62 years old with a severe heart condition and cannot risk getting the coronavirus which hit NYC especially hard, and Plaintiff does not have a PACER account and cannot afford a PACER account, and Plaintiff is still indigent under the law and as evidenced in the herein case. Thank you.

1

DATED: June 1, 2020

Plaintiff's request to waive public access fees to PACER documents is Denied.  On November 8, 2020, Plaintiff filed a signed form of consent to receive electronic service.  (Doc. 4).  In the form, found on the website for the Southern District of New York (https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf), it gives instructions on how to access documents filed in the case.  Specifically, the form states "[i]f you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one 'free look' at the document by clicking on the hyperlinked document number in the e-mail… For this reason, you should print or save the document during the 'free look' to avoid future charges."  If Plaintiff does not have the ability to save the documents when he views them for the first time, he may revoke his consent to receive e-service and will be mailed documents in hard copy going forward.  If Plaintiff cannot access any of the documents on the docket because the documents have been rejected, he is directed to contact the Clerk's office.  Plaintiff should contact PACER for all other problems with accessing documents.

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK  6/9/2020
UNITED STATES DISTRICT JUDGE

Respectfully yours,

Ronald A. Bergrin
Plaintiff, pro se
218 West 72nd Street, Apt. 3RE
New York, NY 10023
rbergrin@aol.com
Tel: 646-771-6690

2