

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

*86 Chambers Street*
*New York, NY 10007*

October 3, 2020

> The Federal Defendants are directed to file their reply brief in support of their motion to dismiss by December 23, 2020. The Clerk's Office is directed to mail a copy of this Order to the pro se Plaintiff.
>
> SO ORDERED:
>
> *[signature]*
>
> HON. VERNON S. BRODERICK 12/17/2020
> UNITED STATES DISTRICT JUDGE

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Bergrin v. United States of America, et al.*, No. 19 Civ. 9681 (VSB)

Dear Judge Broderick:

This Office represents the Moving Federal Defendants[1] in connection with the above-referenced action brought by *pro se* Plaintiff Ronald Bergrin. I write respectfully to request a *nunc pro tunc* extension of the Moving Federal Defendants' time to file a reply in support of their June 15, 2020, motion to dismiss. Dkt. Nos. 74-75. Until September 31, 2020, I did not recognize that Plaintiff's most recent filing, docketed as a letter on August 4, 2020, was entitled "Plaintiff's Opposition to Defendants' Motions to Dismiss." I sincerely apologize for this oversight. Should the Court be inclined to grant the Moving Federal Defendants' *nunc pro tunc* extension request, their proposed reply brief is attached as Exhibit 1.

I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:     */s/ Zachary Bannon*
ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2728
Email: Zachary.Bannon@usdoj.gov

---

[1] This term has the same meaning provided in the Moving Federal Defendants' motion to dismiss. *See* Dkt. No. 75 at 2 n.2.